JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Lynn Hodge,<br><br>        Plaintiff,<br><br>  v.<br><br>Image International Manufacturing, LLC, et al.,<br><br>        Defendants. | Case No. EDCV 18-925 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

 1. GRANTS final approval of the Settlement Agreement;

 2. AWARDS Class Counsel attorneys' fees in the amount of $107,250;

 3. AWARDS Class Counsel costs in the amount of $6,887.76;

 4. AWARDS $15,000 to Plaintiff Lynn Hodge;

 ///

 ///

5. ORDERS the payment of $2,750 to the Settlement Administrator; and

6. DISMISSES the Complaint WITH PREJUDICE.

Dated: October 11, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge

2